## Isadore Becker, Appellee, v. Loebs Insurance Agency Company, Appellant. Moses Baum, Appellee.

### Gen. No. 40,852.

Heard in second division, first district, this court at October term, 1939; opinion filed April 2, 1940. Delos De John and Adolf Loeb, for appellant; Isador Becker, *pro se;* Kellam Foster, for appellee Moses Baum. Opinion by PRESIDING JUSTICE JOHN J. SULLIVAN. ''Not to be published in full.''